UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Barry Sanders

Case No.: _____17-15370_____

Hearing Date: _____4/20/2017_____

Judge: _____Michael B. Kaplan_____

Chapter: _____7_____

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER DENYING MOTION

### FOR TURNOVER OF PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____4/14_____, 20 17  by
 Harrison Ross Byck_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*