**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Barry Sanders |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | District of New Jersey |
| Case number: | 17–15370–MBK |

Social Security number or ITIN   xxx–xx–1703
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Barry Sanders

6/23/17

**By the court:**  Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15370-MBK
Barry Sanders                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jun 23, 2017
                              Form ID: 318             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db          +Barry Sanders,    280 Broad St,    Matawan, NJ 07747-3229
516710747   +CentraState Med Center,    901 W Main,    Freehold, NJ 07728-2549
516710746   +Central Jersey Newborn Care,    PO Box 74,    Skillman, NJ 08558-0074
516710750   +Coastal Healthcare,    1659 Rt 88 Ste 2B,    Brick, NJ 08724-3011
516710751   +GM Financial,    PO Box 100,    Williamsburg, NY 10467-0100
516710752   +Jersey Central Credit Union,    23 North Ave E,    Cranford, NJ 07016-2196
516710755  #+Keystone Financial Services,    PO Box 730,    Allenwood, NJ 08720-0730
516710757   +Monmouth Ocean Hospital Svc Corp,    4806 Megill Rd Ste 3,    Neptune, NJ 07753-6926
516710758    New Jersey Healthcare Specialists,    PO Box 417191,    Boston, MA 02241-7191
516710759    Prudentiaal Financial,    PO Box 641513,    Pittsburgh, PA 15264-1513
516710761   +RWHG Womens Phys and Surgeons,    PO Box 536,    Voorhees, NJ 08043-0536
516710762   +Sarah Sanders,    280 Broad St,    Matawan, NJ 07747-3229
516710763    Spuh Amb Care Group,    254 Easton Ave,    New Brunswick, NJ 08901-1766
516710764   +St Peters University Hospital,    254 Easton Ave,    New Brunswick, NJ 08901-1766
516710765    Verizon,    PO Box 408,    Newark, NJ 07101-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2017 22:40:41     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2017 22:40:34      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516710745    EDI: CAPITALONE.COM Jun 23 2017 22:23:00      Capital One,    PO Box 30281,
             Salt Lake City, UT 84130-0281
516710748    EDI: CHASE.COM Jun 23 2017 22:23:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516710749    EDI: CITICORP.COM Jun 23 2017 22:23:00      Citicards,    PO Box 6241,
             Sioux Falls, SD 57117-6241
516710754    EDI: CAUT.COM Jun 23 2017 22:23:00      JP Morgan Chase,    PO Box 901076,
             Fort Worth, TX 76101-2076
516710753   +E-mail/Text: JSUMCbankruptcy@meridianhealth.com Jun 23 2017 22:41:30
             Jersey Shore Medical Ctr,    1945 Route 33,    Neptune, NJ 07753-4896
516710756    E-mail/Text: camanagement@mtb.com Jun 23 2017 22:40:16      M&T Bank,    PO Box 1288,
             Buffalo, NY 14240
516710760   +E-mail/Text: bankruptcyteam@quickenloans.com Jun 23 2017 22:41:05      Quicken Loans,
             1050 Woodward Ave,    Detroit, MI 48226-1906
516710766    EDI: WFFC.COM Jun 23 2017 22:23:00      Wells Fargo,    PO Box 6426,
             Carol Stream, IL 60197-6426
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
          Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jun 23, 2017
                              Form ID: 318             Total Noticed: 25


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Harrison Ross Byck    on behalf of Debtor Barry  Sanders lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```