UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Sanders, Barry        Case No.:    17-15370-MBK
                                Chapter:     7
                                Judge:       Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on September 11, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  8 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
280 Broad St.
Matawan, NJ

Valued at $225,000.00

Liens on property:

Quicken
$193,643.00

Amount of equity claimed as exempt:

$6,843.93

Objections must be served on, and requests for additional information directed to:
Name:    Andrea Dobin, Trustee
Address:    Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611
Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

1

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 17-15370-MBK
Barry Sanders                                                  Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Aug 04, 2017
                              Form ID: pdf905          Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
```
db             +Barry Sanders,    280 Broad St,    Matawan, NJ 07747-3229
516710745       Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516710747      +CentraState Med Center,    901 W Main,    Freehold, NJ 07728-2549
516710746      +Central Jersey Newborn Care,    PO Box 74,    Skillman, NJ 08558-0074
516710748       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516710749       Citicards,    PO Box 6241,    Sioux Falls, SD 57117-6241
516710750      +Coastal Healthcare,    1659 Rt 88 Ste 2B,    Brick, NJ 08724-3011
516710751      +GM Financial,    PO Box 100,    Williamsburg, NY 10467-0100
516710752      +Jersey Central Credit Union,    23 North Ave E,    Cranford, NJ 07016-2196
516710755     #+Keystone Financial Services,    PO Box 730,    Allenwood, NJ 08720-0730
516710757      +Monmouth Ocean Hospital Svc Corp,    4806 Megill Rd Ste 3,    Neptune, NJ 07753-6926
516710758       New Jersey Healthcare Specialists,    PO Box 417191,    Boston, MA 02241-7191
516710759       Prudentiaal Financial,    PO Box 641913,    Pittsburgh, PA 15264-1513
516710761      +RWHG Womens Phys and Surgeons,    PO Box 536,    Voorhees, NJ 08043-0536
516710762      +Sarah Sanders,    280 Broad St,    Matawan, NJ 07747-3229
516710763       Spuh Amb Care Group,    254 Easton Ave,    New Brunswick, NJ 08901-1766
516710764      +St Peters University Hospital,    254 Easton Ave,    New Brunswick, NJ 08901-1766
516710765       Verizon,    PO Box 408,    Newark, NJ 07101-0408
516710766       Wells Fargo,    PO Box 6426,    Carol Stream, IL 60197-6426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 21:20:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 21:20:34     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516710754       E-mail/Text: bk.notifications@jpmchase.com Aug 04 2017 21:20:33     JP Morgan Chase,
                 PO Box 901076,    Fort Worth, TX 76101-2076
516710753      +E-mail/Text: JSUMCbankruptcy@meridianhealth.com Aug 04 2017 21:20:39
                 Jersey Shore Medical Ctr,    1945 Route 33,    Neptune, NJ 07753-4896
516710756       E-mail/Text: camanagement@mtb.com Aug 04 2017 21:20:32     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
516710760      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 04 2017 21:20:37     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                                TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
```
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Barry  Sanders lawfirm@kasuribyck.com,
               financial@kasuribyck.com
```

```
District/off: 0312-3          User: admin                Page 2 of 2           Date Rcvd: Aug 04, 2017
                              Form ID: pdf905            Total Noticed: 25

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```