# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | Case no.: | 17-15370 |
| Barry Sanders | Chapter: | 7 |
| | Judge: | Kaplan |
| Debtor(s) | | |

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
Real estate located at 280 Broad St., Matawan, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 9/6/2017          By: Gary A. Nau

*rev.2/10/17*