Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17–15370–MBK
        Chapter:  7
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry Sanders
   280 Broad St
   Matawan, NJ 07747

Social Security No.:
   xxx–xx–1703

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 6, 2017</u>
                              <u>Michael B. Kaplan</u>
                              Judge, United States Bankruptcy Court